LAURIE A. TRAKTMAN (SBN 165588)
email: lat@gslaw.org
**GILBERT & SACKMAN**
**A Law Corporation**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000
Facsimile: (323) 937-3139

Attorneys for Plaintiffs

JS-6

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF SHEET METAL WORKERS' LOCAL 88 SECTION 401(k) PLAN; BOARD OF TRUSTEES OF SOUTHERN NEVADA AIR CONDITIONING & SHEET METAL CONTRACTORS' ASSOCIATION, INC.; BOARD OF TRUSTEES OF SHEET METAL WORKERS' LOCAL 88 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF LOCAL 88 INDUSTRY STABILIZATION PROGRAM; and BOARD OF TRUSTEES OF LOCAL 88 APPRENTICE TRAINING AND JOURNEYMAN EDUCATIONAL FUND, SHEET METAL WORKERS NATIONAL PENSION FUND, SHEET METAL WORKERS INTERNATIONAL TRAINING INSTITUTE; SHEET METAL OCCUPATIONAL HEALTH INSTITUTE; NATIONAL ENERGY MANAGEMENT INSTITUTE | Case No.  2:13-cv-01903-ODW-PJW <br><br> [PROPOSED] ORDER ON STIPULATION FOR JUDGMENT |
|      Plaintiffs, | |
|        v. | |
| SOUTHWEST AIR CONDITIONING, INC.; GARY HALVERSON; and TYE HALVERSON, individuals, | |
|      Defendants. | |

Pursuant to the Stipulation by and between Plaintiffs, Board of Trustees of Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada ("Pension Plan"); Board of Trustees of Sheet Metal Workers' Health Plan of Southern California, Arizona and Nevada ("Health Plan"); Board of Trustees of Sheet Metal Workers' Local 88 Section 401(k) Plan ("401(k) Plan"); Board of Trustees of Southern Nevada Air Conditioning & Sheet Metal Contractors' Association, Inc. ("Dues Fund"); Board of Trustees of Sheet Metal Workers' Local 88 Retiree Health Plan ("Retiree Fund"); Board of Trustees of Local 88 Industry Stabilization Program ("Industry Fund"); and Board of Trustees of Local 88 Apprentice Training and Journeyman Educational Fund ("JATC"); Sheet Metal Workers National Pension Fund; Sheet Metal Workers National Pension Fund ('NPF'); Sheet Metal Workers International Training Institute ("ITI"); Sheet Metal Workers National Industry Fund ("National Industry Fund"); Sheet Metal Occupational Health Institute ("SMOHI"); National Energy Management Institute ("NEMI") (collectively the "Plans" or the "Trust Funds"), and individual GARY HALVERSON and TYE HALVERSON (collectively, "Individual Defendants"), and SOUTHWEST AIR CONDITIONING, INC. ("Company") the Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1.     The Company and Individual Defendant are indebted to the Plans in the total amount of $110,000.00 and the Company is indebted to the Plans for an additional $175,082.73.

2.     Judgment is entered in favor of the Plans and against the Company and Individual Defendant, jointly and severally, in the amount of $110,000.00 for delinquent employee benefit plan contributions, liquidated damages, attorney fees plus costs, together with post-judgment interest thereon at the rate of 12% per annum as of the date of the Judgment, and against the Company only for another $175,082.73.

3.     This Court retains jurisdiction over this matter through September 1, 2014

to enforce the terms of any judgment entered hereunder, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to increase the amount of judgment based upon additional sums owed to the Plans by defendants.

**IT IS SO ORDERED.**

Dated: _____4/19/2013_____        _____

                                                                            Hon. Otis D. Wright, II